**MARCUS S. BOURASSA**
California State Bar No. 316125
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marcus_Bourassa@fd.org

Attorneys for Defendant
ABDULLAHABDUAL WAHAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,              | CASE NO.:  18MJ2213 |
|----------------------------------------|---------------------|
| Plaintiff,                             |                     |
| v.                                     |                     |
| HESHAM ABDUALZIZ ABDULLAHABDUAL WAHAB, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| Defendant.                             |                     |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Marcus S. Bourassa, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: May 9, 2018

*s/ Marcus S. Bourassa*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ABDULLAHABDUAL WAHAB
Email: Marcus_Bourassa@fd.org

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

Dated:   May 9, 2018

*s/ Marcus S. Bourassa*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ABDULLAHABDUAL WAHAB
Email:  Marcus_Bourassa@fd.org